AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jenkins, Elizabeth A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>09/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

801 N. Fla. Ave., Ste. 1132
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Ed. Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. monthly | State of Florida, wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UF Law Center for Governmental Responsibility | 5/13-14/2013 | Gainesville, FL | non-judicial education | meals, mileage |
| 2. | Florida Bar | 6/27-28/2013 | Boca Raton, FL | non-judicial education | lodging, meals, mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. | | | | | | | | | |
| 2. - Real Estate, Alachua - County, Florida | E | Rent | L | W | | | | | |
| 3. Real Estate, ▓ County, Florida - Parcel 1 | | None | N | W | | | | | |
| 4. Real Estate, ▓ County,Florida - Parcel 2 | | None | M | W | | | | | |
| 5. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 6. IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. -Art. Int. Fund | | | | | | | | | |
| 8. -Julius Baer Int. Fund | | | | | | | | | |
| 9. -Art Mid-Cap Fund | | | | | | | | | |
| 10. -Schwab Premier Equity Fund | | | | | | | | | |
| 11. Vanguard Star Fund | A | Int./Div. | J | T | | | | | |
| 12. Bank of America acct | A | Interest | J | T | | | | | |
| 13. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 14. Vanguard Primecap Fund* | A | Int./Div. | M | T | | | | | See Pt. VIII |
| 15. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 16. Baron Asset Fund | A | Int./Div. | J | T | | | | | |
| 17. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Cap. Opp. Fund | B | Int./Div. | K | T | | | | | |
| 19. Vanguard Muni Int. Fund | A | Int./Div. | K | T | | | | | |
| 20. Real Estate, Macon County, North Carolina | | None | K | W | | | | | |
| 21. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 22. Wasatch MicroCapvalue Fund | A | Int./Div. | K | T | | | | | |
| 23. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 24. Royce Premier Fund | A | Dividend | | | Sold | 02/08/13 | J | C | |
| 25. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | | | | | |
| 26. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |
| 27. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 28. Vanguard Tx-Exempt Mon. Mkt Fund * | A | Interest | J | T | | | | | See Pt. VIII |
| 29. Vanguard Sp. Health Fund | A | Int./Div. | K | T | | | | | |
| 30. GE Com. Stk. | A | Dividend | J | T | | | | | |
| 31. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 32. T. Rowe Price Em. Mkt. Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Energy Fund | A | Int./Div. | | | Sold | 02/11/13 | K | D | |
| 34. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Acorn Z Fund(formerly Royce) | A | Int./Div. | J | T | | | | | |
| 36. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 37. Fidelity Select Materials Fund | A | Int./Div. | J | T | | | | | |
| 38. Educational Trust I: | B | Int./Div. | L | T | | | | | |
| 39. -Merrill Lynch CMA Mon. Mkt. | | | | | | | | | |
| 40. -First Eagle Global Fund | | | | | | | | | |
| 41. -Intrepid Cap Fund | | | | | | | | | |
| 42. -Marketfield Fund | | | | | | | | | |
| 43. -Pimco All Asset Fund | | | | | | | | | |
| 44. -Invesco Bal. Risk Fund | | | | | | | | | |
| 45. -Yacktman Fund | | | | | | | | | |
| 46. -Arbitrage Funds Cl I | | | | | | | | | |
| 47. -Permanent Portfolio Fund | | | | | Sold | 12/19/13 | J | A | |
| 48. -Virtus Premium Alpha Sector Fund Cl I | | | | | | | | | |
| 49. -Gotham Absolute Return Fund | | | | | Buy | 12/13/13 | J | | |
| 50. IRA #2: | C | Int./Div. | O | T | | | | | |
| 51. -T. Rowe Price Mid-Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Royce Premier Fund | | | | | Sold | 02/08/13 | J | C | |
| 53. -NB Genesis Fund | | | | | Sold | 02/08/13 | J | A | |
| 54. -Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 55. -Fed. Mid-Cap. Fund | | | | | | | | | |
| 56. -J.P. Morgan Mid-Cap Value Fund | | | | | | | | | |
| 57. -Lazard Em. Mkt. Fund | | | | | Sold | 01/25/13 | J | A | |
| 58. -FRS Aggressive Balanced Fund | | | | | | | | | |
| 59. -FRS Lge. Cap. Fund | | | | | | | | | |
| 60. -Pru Mid Cap Quant.Core Fund | | | | | | | | | |
| 61. -FRS Foreign Stock Index Fund | | | | | | | | | |
| 62. -American New Perspective Fund | | | | | | | | | |
| 63. -Am. Pacific Grw Fund | | | | | | | | | |
| 64. -Wasatch Emerg. Mkt. Sm. Cap. Fund | | | | | Sold | 09/19/13 | K | D | |
| 65. -T. Rowe Price New Era Fund (y) | | | | | | | | | |
| 66. -Vanguard Inflation Protect. Fund | | | | | | | | | |
| 67. -Ford Motor Co. Com. Stk. | | | | | | | | | |
| 68. -Embridge Energy Partnership Fund | | | | | Sold | 12/18/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Copano Energy LLC | | | | | Sold | 12/18/13 | J | | |
| 70. -MFA Financial | | | | | | | | | |
| 71. -Fidelity Select Materials | | | | | | | | | |
| 72. -Metro. West Bond Fund | | | | | Sold | 01/25/13 | K | B | |
| 73. -Newberger Berman RE Fund | | | | | Sold | 07/03/13 | K | A | |
| 74. -Marsico Flexible Cap. Fund | | | | | | | | | |
| 75. -Scout Mid Cap Fund | | | | | Sold | 01/25/13 | K | B | |
| 76. -Fidelity Select Defense Fund | | | | | Buy | 09/18/13 | K | | |
| 77. -New York Mtg. Trst. REIT | | | | | Buy | 09/18/13 | L | | |
| 78. -Kimber Morgan En LLP | | | | | Buy | 05/02/13 | K | | |
| 79. | | | | | Sold | 12/18/13 | K | D | |
| 80. -Baron Real Estate Fund | | | | | Buy | 05/01/13 | J | | |
| 81. | | | | | Sold | 07/31/13 | J | A | |
| 82. -World Comm. Fund | | | | | Sold | 01/25/13 | K | A | See Pt. VIII |
| 83. Fidelity Select Gold Fund | A | Int./Div. | | | Sold | 01/17/13 | J | A | |
| 84. Needham Agg. Gr. Fund | A | Int./Div. | | | Sold | 01/17/13 | J | A | |
| 85. Montetta Young Inv. Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Matthews 25 Fund | A | Int./Div. | J | T | | | | | |
| 87. Pimco Fund. Index Fund | A | Int./Div. | J | T | Buy | 02/06/13 | K | | |
| 88. Sch. Sm. Cap. Equ. Fund | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 89. Buff. Mic. Cap. Fund | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 90. Hub. Cap. Sm. Cap Value Fund | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 91. TCW Em. Sm.Cap. Value Fund | A | Int./Div. | | | Buy | 02/06/13 | K | | |
| 92. | A | Int./Div. | | | Sold | 09/19/13 | K | C | |
| 93. Oakmark Int. Fund | A | Int./Div. | J | T | Buy | 02/06/13 | K | | |
| 94. ING Corp. Leaders Trst. Fund | A | Int./Div. | J | T | Buy | 02/06/13 | K | | |
| 95. Fidelity Sel. MM Fund | A | Int./Div. | J | T | Buy | 09/18/13 | J | | |
| 96. Van. Sel. Value Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 97. Janus Global Life Sci. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 98. Wasatch Int. Grw. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 99. Mgrs. Sky. Sp. Eq. Port. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 100. Hodges Sm. Cap. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 101. Parn. Eq. Inc. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |
| 102. Janue Tri. Fund | A | Int./Div. | J | T | Buy | 10/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 09/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  The asset listed in Pt. VII, line 82, (World Com) was purchased in 2012, but I advertently left it off of my 2012 FDR. I respectfully amend my 2012 report to include the following information for this asset: Column D(1) buy; Column D(2): 4/17/12; Column D(3): K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544